IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO.  3:07cr129TSL-JCS

GREGORY BERNARD GRIFFIN

ORDER OF DISMISSAL
COUNT 2

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment against the defendant, GREGORY BERNARD GRIFFIN, without prejudice.

DUNN LAMPTON
United States Attorney

Date:   June 6, 2008                      By:   s/ Erin O. Chalk
                                                Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Count 2.

ORDERED this the 6th day of June, 2008.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE